**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **FLAVIO NUNEZ-REYES, aka Flavio Reyes**,<br><br>Petitioner,<br><br>v.<br><br>**ERIC H. HOLDER Jr., Attorney General**,<br><br>Respondent. | No. 05-74350<br><br>Agency No. A078-181-648<br><br>**ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.